No. 901. VACHIER v. McCORMICK, ALCAIDE & Co. Supreme Court of Puerto Rico. Certiorari denied. *Carlos D. Vazquez* for petitioner. *Felix Ochoteco, Jr.* for respondent. Reported below: —— P. R. ——.

No. 902. HEYMAN MANUFACTURING Co. v. HAP CORPORATION. C. A. 1st Cir. Certiorari denied. *James W. Dent* for petitioner. *Robert I. Dennison, Walter Adler* and *Max Schwartz* for respondent.

No. 911. MILLPAX, INC., ET AL. v. UNITED STATES. C. A. 7th Cir.. Certiorari denied. *Charles Orlando Pratt* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *William W. Goodrich* for the United States.

No. 914. VIALE ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Peter L. Parrino* for petitioners. *Solicitor General Cox* for the United States.

No. 915. HARRIS ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Albert M. Goldberg* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph Kovner* for the United States.

No. 917. STRANGWAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Norman Sepenuk* for the United States.